PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Russell Thomas Blake             Docket No.        2:11CR00115-001

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Richard Law, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Russell Thomas Blake, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 16th day of August 2011, under the following conditions:

**Special Condition #28**: Prohibited substance testing. If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through the pretrial services office and shall not exceed six times per month. Defendant shall submit to any method of testing required by the pretrial services office for determining whether the defendant is using a prohibitive substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstruction or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the Court, pretrial services, and the treatment vendor. The treatment shall not interfere with the defendant's Court appearances.

**Special Condition #21**: Refrain from use or unlawful possession of a narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: On September 20, 26, and October 11, 2011, Mr. Russell reported to Pioneer Human Services to submit a urine specimen, however, he was unable to do so, as required. The monthly treatment report received by the undersigned officer from Pioneer Human Services reflects that the defendant did not attempt to submit a urinalysis specimen on September 20 and 26, 2011. He just signed in and then left the facility.

**Violation #2**: On October 28, 2011, Russell Blake reported to the U.S. Probation Office, as directed by the undersigned officer. The defendant was able to provide a urine specimen at the time of the contact. The initial test yielded positive findings for marijuana. The undersigned officer made the statement to the defendant that given the fact that he had commenced pretrial release on August 16, 2011, his specimen should have yielded negative findings for all illicit substances. Mr. Blake stated that he has not been able to stop consuming cannabis while on pretrial release. The specimen has been forwarded to Alere Laboratories for confirmation.

As reflected in the September 21, 2011, violation report, the defendant did go to a doctor with the Northeast Washington Medical Group. The undersigned officer received a copy of the letter dated October 3, 2011, on October 17, 2011, informing that it is the doctor's opinion that Mr. Blake has a psychological problem voiding on demand while under observation. This is in reference to Mr. Blake's inability to provide a random urine specimen, as ordered by the Court.

PS-8
Re: Blake, Russell Thomas
October 19, 2011
Page 2

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/19/2011

by  s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10-26-2011

Date