# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 26 2012

JAMES R LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| U.S.A. vs. | Russell Thomas Blake | Docket No. | 2:11CR00115-001-FVS |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Richard Law, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Russell Thomas Blake, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 16th day of August 2011, under the following conditions:

**Special Condition #28**: Prohibited substance testing. If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through the pretrial services office and shall not exceed six times per month. Defendant shall submit to any method of testing required by the pretrial services office for determining whether the defendant is using a prohibitive substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstruction or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the Court, pretrial services, and the treatment vendor. The treatment shall not interfere with the defendant's Court appearances.

**Special Condition #21**: Refrain from use or unlawful possession of a narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: The defendant failed to report for urinalysis testing, as directed, on January 20, 2012.

**Violation #2**: Russell Blake submitted urine specimens that were confirmed positive for marijuana on December 12, 20, and 28, 2011. These specimens underwent additional testing by Alere Toxicology Services where it was confirmed that the defendant continues to consume marijuana. Additionally, the defendant submitted a urine specimen on January 11, 2012, that yielded initial positive findings for marijuana. The final confirmation from the laboratory has not been received.

PRAYING THAT THE COURT WILL ORDER A SUMMONS OR WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   1-25-2012

by   s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

01-26-2012
Date