PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Russell Thomas Blake        Docket No.        2:11CR00115-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Richard Law, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Russell Thomas Blake, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 16th day of August 2012, under the following conditions:

**Special Condition #21:** Refrain from use or unlawful possession of a narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Since the petition was submitted to the Court on January 25, 2012, Russell Blake has continued to submit urine specimens which have been confirmed positive for marijuana. Specifically, urine specimens that were submitted on January 17, 20, 26, February 8, 16, 22, and March 5, 2012, have all been confirmed positive for marijuana.

As previously noted, the defendant continues to consume marijuana. Per review of the defendant's urinalysis testing history while on pretrial release, it was determined that he has submitted a total of 15 confirmed positive urine specimens for marijuana, failed to report as directed on one occasion, and reported for urinalysis testing on 7 occasions, when he was not able to produce a specimen.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   3/20/2012

by   s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[✓] Other  *and*

*Defendant shall bring with him full-mutual releases on his doctor's stationary to permit the court to talk with defendant's doctor + to receive + give information about defendant.*

Signature of Judicial Officer

04-03-2012
Date