UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL THOMAS BLAKE,<br><br>Defendant. | 11-CR-00115-FVS<br><br>Order to Reduce Term of Imprisonment to Time Served |

BEFORE THE COURT is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of Defendant Russell Thomas Blake, to time served, and commencement of a four-year term of supervised release previously imposed (ECF No. 103.) The Court finds:

1. Defendant Russell Thomas Blake pled guilty to Manufacture of 100 or More Marijuana Plants, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B), and Maintaining Drug-Involved Premise, in violation of 21 U.S.C. § 856(a)(1).

2. Defendant Russell Thomas Blake was sentenced on May 1, 2012, in the United States District Court for the Eastern District of Washington, to a total term of imprisonment of 24 months, followed by a four-year term of supervised release.

3. Defendant Russell Thomas Blake suffers from end-stage liver disease and is considered to have a life expectancy of less than 18 months.

4. Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the court, upon motion of the Director of the Federal Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction.

The Director of the Federal Bureau of Prisons contends, and this court agrees, that Defendant Russell Thomas Blake's terminal medical condition and very limited life expectancy constitute extraordinary and compelling reasons that warrant the requested reduction. The Motion to Reduce Time **(ECF No. 103) is GRANTED**.

IT IS THEREFORE ORDERED that the Defendant Russell Thomas Blake's term of imprisonment is hereby reduced to the time he has already served.

IT IS FURTHER ORDERED that Defendant Russell Thomas Blake shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

IT IS FURTHER ORDERED that upon his release from the custody of the Federal Bureau of Prisons, Defendant Russell Thomas Blake shall begin serving the four-year term of supervised release previously imposed.

DONE AND ORDERED THIS 20th DAY OF NOVEMBER 2013.

s/ Fred Van Sickle
_____
Fred Van Sickle
SENIOR UNITED STATES DISTRICT JUDGE

Order to Reduce Term of Imprisonment to Time Served-2