PROB 12C
(6/16)

Report Date: February 13, 2017

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Russell Thomas Blake          Case Number: 0980 2:11CR00115-FVS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: April 27, 2012

Original Offense:      Manufacture of One-hundred (100) or More Marijuana Plants, 21 U.S.C. § 841(a)(1), (b)(1)(B); Maintaining a Drug-involved Premises, 21 U.S.C. § 856(a)(1);

Original Sentence:     Prison - 24 months            Type of Supervision: Supervised Release
                       TSR - 48 months

Asst. U.S. Attorney:   Russell E. Smoot              Date Supervision Commenced: November 20, 2013

Defense Attorney:      Frank Louis Cikutovich        Date Supervision Expires: November 19, 2017

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than 65 tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**: On February 8, 2017, the offender made a verbal admission to the undersigned that he has been consuming marijuana oil on a daily basis beginning on or about January 3, 2017. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/13/2017

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Fred Van Sickle*

Signature of Judicial Officer

February 13, 2017
Date