PROB 12C
(6/16)

Report Date: March 3, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Russell Thomas Blake                Case Number: 0980 2:11CR00115-RMP-1

Address of Offender: ███████████████████████

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: April 27, 2012

| | |
|---|---|
| Original Offense: | Manufacture of 100 or More Marijuana Plants, 21 U.S.C. § 841(a)(1), (b)(1)(B); Maintaining a Drug-involved Premises, 21 U.S.C. § 856(a)(1) |

Original Sentence:        Prison - 24 months             Type of Supervision: Supervised Release
                          TSR - 48 months

Asst. U.S. Attorney:     Russell E. Smoot              Date Supervision Commenced: November 20, 2013

Defense Attorney:        Federal Defenders Office      Date Supervision Expires: November 19, 2017

## PETITIONING THE COURT

### To incorporate with the violations reported to the Court on February 13, 2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 4**: You shall undergo a substance abuse evaluation and, if indicated licensed/verified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: On February 13, 2017, the undersigned informed the offender that he had been referred to Alcohol Drug Education Prevention and Treatment (ADEPT) in Deer Park, Washington, for a substance abuse evaluation.  The offender has yet to obtain a substance abuse evaluation as of the writing of this report. |
| 3 | **Special Condition # 5**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Blake, Russell Thomas**
**March 3, 2017**
**Page 2**

**Supporting Evidence**: On February 13, 2017, the undersigned spoke to the offender and advised that he had been referred to ADEPT for the purpose of random urinalysis testing. ADEPT has notified the undersigned that the offender failed to report for urinalysis testing on February 21, 23, and 27, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/03/2017
_____

s/Charles J. Kuipers
_____

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

3/3/2017
_____
Date