PROB 12C
(6/16)

Report Date: March 20, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Russell Thomas Blake                  Case Number: 0980 2:11CR00115-RMP-1

Address of Offender: ███████████ Loon Lake, Washington 99148

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: April 27, 2012

| | |
|---|---|
| Original Offense: | Manufacture of 100 or More Marijuana Plants, 21 U.S.C. § 841(a)(1), (b)(1)(B); Maintaining a Drug-involved Premises, 21 U.S.C. § 856(a)(1) |
| Original Sentence: | Prison - 24 months    Type of Supervision: Supervised Release  TSR - 48 months |
| Asst. U.S. Attorney: | Matthew F. Duggan    Date Supervision Commenced: November 20, 2013 |
| Defense Attorney: | Colin G. Prince    Date Supervision Expires: November 19, 2017 |

---

## PETITIONING THE COURT

### To incorporate with the violations reported to the Court on 2/13/2017 and 3/3/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 5**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Alcohol Drug Education Prevention and Treatment (ADEPT) has notified the undersigned that the offender failed to report for urinalysis testing on March 13, 2017. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/20/2017
_____

s/Charles J. Kuipers
_____

Charles J. Kuipers
U.S. Probation Officer

**Prob12C**
**Re: Blake, Russell Thomas**
**March 20, 2017**
**Page 2**

THE COURT ORDERS

[  ]  No Action
[  ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[  ]  Other

_____
Signature of Judicial Officer

3/20/2017
_____
Date